Todd M. Friedman, Esq. (216752)
Darin Shaw, Esq. (251037)
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr., #415
Beverly Hills, CA 90211
Phone: (877) 206-4741
Fax: (866) 633-0228
tfriedman@AttorneysForConsumers.com
dshaw@attorneysforconsumers.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Carrie Couser, on behalf of herself all others similarly situated,**<br><br>Plaintiff,<br><br>vs.<br><br>**AMC Entertainment Inc, and DOES 1 through 10, inclusive, and each of them**<br><br>Defendant. | Case No. 5:14-cv-00284-JGB-SP<br><br>**NOTICE OF VOLUNTARY DISMISSAL PLAINTIFF'S INDIVIDUAL CLAIMS WITH PREJUDICE AND THE PUTATIVE CLASS CLAIMS WITHOUT PREJUDICE** |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses her individual claims with prejudice and the putative class claims without prejudice. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

RESPECTFULLY SUBMITTED this 4th day of April, 2014.

By:   s/Todd M. Friedman
Todd M. Friedman, Esq.
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

Filed electronically on this 4th day of April, 2014, with:

United States District Court CM/ECF system

And hereby served upon all parties

Notification sent on this 4th day of April, 2014, via the ECF system to:

Honorable Jesus G Bernal
Judge of the United States District Court
Central District of California

Joshua M. Briones
DLA PIPER LLP (US)
2000 Avenue of the Stars, Suite 400, North Tower
Los Angeles CA 90067


By: s/Todd M. Friedman
Todd M. Friedman